IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

FALL LINE PATENTS, LLC      §
     §
     PLAINTIFF,      §
     §
v.      §
     §
7-ELEVEN, INC.,      §
     §
     DEFENDANT.      §
     §

C.A. NO. 5:24-CV-00167-RWS

**JURY TRIAL DEMANDED**

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Having carefully considered Defendant's Motion to Dismiss for Failure to State a Claim, this Court GRANTS the motion. Plaintiff Fall Line Patents, LLC has failed to state a claim upon which relief can be granted because the asserted patent is invalid under 35 U.S.C. § 101 as directed to ineligible subject matter.

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).