# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| FALL LINE PATENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC.,<br><br>Defendant. | CIVIL ACTION NO. 5:24-cv-167-RWS<br><br>**(Consolidated Lead Case)**<br><br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION CHART (P.R. 4-5(d))

Pursuant to the Docket Control Order entered in the above-captioned case and P.R. 4-5(d), the parties jointly submit a claim construction chart for U.S. Patent No. 9,454,748, attached as Exhibit A.

Dated: September 23, 2025

Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Rehan M. Safiullah
Texas Bar No. 24066017
rehan@ahtlawfirm.com
Hannah D. Price

1

Texas Bar No. 24116921
hannah@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

*Attorneys for Fall Line Patents, LLC*


/s/  *Jeff Fabian*
Mindi M. Richter (*Admitted Pro hac vice*)
Florida Bar No.: 44827
mrichter@shumaker.com
Jeffrey B. Fabian (*Admitted Pro hac vice*)
Florida Bar No.: 0085868
jfabian@shumaker.com
SHUMAKER, LOOP & KENDRICK, LLP
101 E. Kennedy Blvd.
Suite 2800
Tampa, FL 33602
Telephone: 813-229-7600
Fax: 813-229-1660

Shaun W. Hassett (SBN: 24074372)
shaunhassett@potterminton.com
Michael E. Jones (BBN: 10929400)
mikejones@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Telephone: 903-597-8311
Fax: 903-593-0846

***Counsel for Defendant,
Academy, Ltd. d/b/a Academy Sports +
Outdoors***

/s/ *John R. Hutchins*

2

Michael C. Smith
SCHEEF & STONE, LLP
State Bar No. 18650410
113 East Austin Street
Marshall, Texas 75670
Office: (903) 938-8900
michael.smith@solidcounsel.com

John R. Hutchins
BANNER & WITCOFF, LTD.
State Bar No. 456749 (DC)
1100 13th St., NW, Suite 1200
Washington, DC 20005
Office: (202) 824-3147
jhutchins@bannerwitcoff.com

Paul T. Qualey
BANNER & WITCOFF, LTD.
State Bar No. 481106 (DC)
1100 13th St., NW, Suite 1200
Washington, DC 20005
Office: (202) 824-3120
pqualey@bannerwitcoff.com

Chunhsi Andy Mu
BANNER & WITCOFF, LTD.
State Bar No. 500784 (DC)
1100 13th St., NW, Suite 1200
Washington, DC 20005
Office: (202) 824-3156
amu@bannerwitcoff.com

***Attorneys for Defendants, Sprouts Farmers Market, Inc., SFM, LLC d/b/a SF Markets, LLC, ALDI Inc., and ALDI (Texas), LLC***

*/s/ Jason Mueller*
Jason Mueller [TBN 24047571]
jmueller@vorys.com
Lauren A. Kickel [TBN 24132799]

3

lakickel@vorys.com
909 Fannin Street, Suite 2700
Houston, TX  77010
T: 713.588.7000
F: 713.588.7050

Aaron M. Williams [OBN 0090319]
200 Public Square, Suite 1400
Cleveland, Ohio 44114
T: (216) 479-6180
F: (216) 479-6180
Email: amwilliams@vorys.com

Michael V. Messinger [448434DC]
1909 K Street NW, Suite 900
Washington, D.C.  20006
T: 202.467.8800
Email: mvmessinger@vorys.com

*Attorneys for Defendants BestBuy.com, LLC and Best Buy Texas.com, LLC*

/s/ *Bret T. Winterle*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Bret T. Winterle
Texas Bar No. 24084249
winterle@fr.com
Lance E. Wyatt
Texas Bar No. 24093397
wyatt@fr.com
Noel F. Chakkalakal
Texas Bar No. 24053676
chakkalakal@fr.com
Philip G. Brown
Texas Bar No. 24132695
pgbrown@fr.com
FISH & RICHARDSON P.C.

4

1717 Main Street, Suite 5000
Dallas, Texas 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

***Counsel for Defendants Brookshire Grocery Company, Lowe's Companies, Inc., and Lowe's Home Centers, LLC***

By: */s/ Michael R. Rueckheim*
Michael R. Rueckheim (State Bar No. 24081129)
MRueckheim@winston.com
Ryuk Park (*Pro Hac Vice*)
RPark@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

***Attorneys for Defendants DoorDash, Inc. and DoorDash Essentials, LLC***

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Matthew J. Antonelli*
Matthew J. Antonelli

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for defendants who consented to this joint filing.

*/s/ Matthew J. Antonelli*
Matthew J. Antonelli
