# EXHIBIT A

# Exhibit A: Patent Local Rule 4-5(d) Joint Claim Construction Chart

A. **Disputed Terms**

All claim terms appear in claim 7 of U.S. Patent No. 9,454,748.

| No. | Term | Fall Line's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1 | loosely networked | [AGREED] | [AGREED] | "tolerant of intermittent network connections and tolerant of the type of network connection available" |
| 2 | GPS integral thereto / said GPS | [AGREED] | [AGREED] | "GPS receiver integral thereto" / "said GPS receiver" |
| 3 | requests location identifying information | [AGREED] | [AGREED] | Plain and ordinary meaning |
| 4 | when said loosely networked computer is at said particular location, executing said transferred questionnaire on said loosely networked computer, thereby collecting responses from the user | [AGREED] | [AGREED] | Plain and ordinary meaning |

1

| 5 | Order of Steps[1] | [AGREED] | [AGREED] | The steps of Claim 7 must be performed in the following order: (a) must begin before, but can overlap with (b); (b) must begin before, but can overlap with (c); (c) must begin before, but can overlap with (d) and (e); (e) must begin before, but can overlap with (f). |
|---|---|---|---|---|
| 6 | automatically transferring[1] | [AGREED] | [AGREED] | "transferring that is not initiated upon direction of the user" |
| 7 | customized for a particular location | Plain meaning | "includes one or more questions specific to a particular location known prior to collecting any responses from the user" | |

---

[1] The parties stipulate and agree to the constructions of this term as set out in the Court's claim construction order in *Fall Line Patents LLC v. Zoe's Kitchen Inc.*, et al., Case No. 6:18-cv-00407-RWS ("the -407 action"), and ask the Court to adopt its order with respect to these terms in this case. In so stipulating, the parties agree that their rights to challenge the Court's claim constructions on appeal shall be preserved. The parties stipulate that the record from the -407 action will apply equally in this action so that all the positions, arguments, and evidence regarding claim construction advanced by Fall Line in the -407 action shall be considered to have been advanced by Fall Line in this case. Likewise, the parties stipulate that all the positions, arguments, and evidence regarding claim construction advanced by the defendants in the -407 action shall be considered to have been advanced by the defendants in this action. For clarity, Defendants are entering into this stipulation to reduce the burden on the Court of rehearing the prior claim construction arguments for these terms. By entering this stipulation, Defendants do not agree that the stipulated constructions are correct or that their positions regarding claim construction are adequately reflected in the prior briefing and arguments.

| | | | | |
|---|---|---|---|---|
| 8 | executable | "of, pertaining to, or being a program file that can be run" and includes JAVA and markup languages (XML, HTML, JSON, etc.) | "a program file that can be run, which can include JAVA but does not include JSON or markup languages (XML, HTML, etc.)"<br><br>"a program file that can be run" (DoorDash only) | |
| 9 | any responses transferred | Plain and ordinary meaning | "all transferred responses" | |
| 10 | questionnaire | "a program or form that includes a question or statement, which calls for a response" | "an executable program or form having code that includes a question or statement that calls for a response" | |
| 11 | the loose network | the network that is "tolerant of intermittent network connections and tolerant of the type of network connection available" | Indefinite | |
| 12 | any responses so collected | Plain and ordinary meaning | Indefinite | |
| 13 | first computer platform | Plain and ordinary meaning | claimed "first computer platform" is separate and distinct from the | |

3

| | | | separately claimed "central computer" | |
|---|---|---|---|---|
| 14 | central computer | Plain and ordinary meaning | claimed "first computer platform" is separate and distinct from the separately claimed "central computer" | |
| 15 | A method for collecting survey data from a user and making responses available via the Internet, comprising | Non-limiting preamble | Limiting preamble | |

4

**Asserted Claim of U.S. Patent No. 9,454,748 With Disputed Terms Highlighted**

7. *A method for collecting survey data from a user and making responses available via the Internet, comprising*:

    (a) designing a *questionnaire* including at least one question said *questionnaire customized for a particular location* having branching logic on a *first computer platform* wherein at least one of said at least one questions requests location identifying information;

    (b) automatically transferring said designed *questionnaire* to at least one loosely networked computer having a GPS integral thereto;

    (c) when said loosely networked computer is at said particular location, *executing* said transferred *questionnaire* on said loosely networked computer, thereby collecting responses from the user;

    (d) while said transferred *questionnaire* is executing, using said GPS to automatically provide said location identifying information as a response to said executing *questionnaire*;

    (e) automatically transferring via *the loose network any responses so collected* in real time to a *central computer*; and,

    (f) making available via the Internet *any responses transferred* to said *central computer* in step (e).