**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

FALL LINE PATENTS, LLC,

Plaintiff,

v.

7-ELEVEN, INC.,

Defendant.

CIVIL ACTION NO. 5:24-cv-167-RWS

**(Consolidated Lead Case)**

**JURY TRIAL DEMANDED**

**Notice Of Proposed Jury Questionnaire**

The parties jointly propose the jury questionnaire attached as Exhibit 1.

Dated: June 8, 2026

Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Rehan M. Safiullah
Texas Bar No. 24066017
rehan@ahtlawfirm.com
ANTONELLI, HARRINGTON & THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

*Attorneys for Fall Line Patents, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of June 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Matthew Antonelli*
Matthew Antonelli