# EXHIBIT 1

# JUROR QUESTIONNAIRE

## Instructions

Dear Prospective Juror,

Please fill out the attached questionnaire and return it to the Court at your earliest convenience. This questionnaire is designed to obtain information concerning your qualifications to sit as a juror in this case. Use of this questionnaire will help shorten the jury selection process. Please answer the questions as completely as possible. The information contained within the questionnaire will not be distributed to anyone except the attorneys in the case and the judge.

During the jury selection process, you will be given an opportunity to explain or expand any answers, if necessary. If for any reason you do not want to answer a question, please write the word "PRIVATE" next to the question and we will take the matter up with you in private.

If you do not understand a question, please write "I DO NOT UNDERSTAND" and the question will be explained to you in Court.

The questions must be answered by you under penalty of perjury.

**PLEASE REALIZE THERE ARE NO RIGHT OR WRONG ANSWERS – JUST HONEST ONES**

**CONFIDENTIAL JUROR QUESTIONNAIRE**

1. Name: ______________________________Age: __________

2. City/town where you live, and how long have you lived there? ______________________________

3. Please describe your three most recent jobs, including employer, job description, and years held:

   ______________________________________________________________________

4. What is your current marital status?

   ☐ Single ☐ Married/remarried ☐ Divorced/separated ☐ Widowed

5. Spouse's Name: _________________________ Spouse's Job: __________________________

6. What is the highest level of school you completed? If beyond high school, identify the school, field of study, and any degrees received: ________________________________________________

7. Have you ever owned your own business? ☐ Yes ☐ No
   If yes, please describe: ________________________________________________________

8. Have you ever supervised people at your job? ☐ Yes ☐ No
   If yes, please describe: ________________________________________________________

9. Have you held any jobs that required you to follow detailed instructions or rules?
   If yes, please describe: ________________________________________________________

10. Have you ever held a leadership position in a church, school, sport, hobby, or other organization? ☐ Yes ☐ No
    If yes, please describe:________________________________________________________

11. Have you or any immediate family member, ever:

    Filed a lawsuit? ☐ Yes ☐ No or Been sued? ☐ Yes ☐ No

    If yes, please describe the lawsuit and result: ________________________________________

12. Have you, or anyone close to you, ever worked in the legal field? ☐ Yes ☐ No

    If yes, please explain: _________________________________________________________

13. Have you, or anyone close to you, ever invented something, or been involved in applying for a patent?
    ☐ Yes ☐ No
    If yes, please explain: _________________________________________________________

14. In general, what are your thoughts about lawsuits? _______________________________________

    ______________________________________________________________________

15. In general, what are your thoughts about large corporations? ______________________________

16. How often do you order or purchase meals or food via a mobile application using a smartphone:

    ______________________________________________________________________

17. What social, civic, professional, trade, or other organizations are you affiliated with, and please describe any offices you have held in any such organization: ______________________________

18. Have you, or anyone close to you, ever invented, patented, or designed anything? ☐ Yes ☐ No
If yes**:** Who invented, patented, or designed it; and what was patented, invented, or designed? ________
______________________________

19. Have you ever felt that someone took your idea and used it without permission? ☐ Yes ☐ No
If yes, please explain: ______________________________

20. Have you or anyone close to you ever been accused or charged with trespassing? ☐ Yes ☐ No
If yes, please explain: ______________________________

21. Do you have any special training, education, or experience in the following areas? [Check all that apply]
☐ Computer Networking ☐ Computers ☐ Telecommunications/cell phones/internet/Wi-Fi/GPS
☐ Computer Programming ☐ Mobile Application Development ☐ Contracts/Business Negotiations
☐ Patents, Copyrights, or Trademarks
If you checked any boxes, please explain: ______________________________

22. I trust government agencies: ☐ A great deal ☐ A fair amount ☐ A slight amount ☐ Not at all ☐ No Opinion

23. Do you agree or disagree: I prefer to buy from small businesses.
☐ Strongly Agree ☐ Somewhat Agree ☐ Neutral ☐ Somewhat Disagree
☐ Strongly Disagree ☐ No Opinion

24. Do you agree or disagree: I prefer to buy at the lowest price, regardless of whether the seller is a big, medium, or small company.
☐ Strongly Agree ☐ Somewhat Agree ☐ Neutral ☐ Somewhat Disagree ☐ Strongly Disagree ☐ No Opinion

25. What are your opinions about accusations of patent infringement? ______________________________
______________________________

26. What are your opinions about technology companies? ______________________________
______________________________

27. Is there anything else you feel the Court and the parties should know about you and your ability to be a fair and impartial juror? ☐ Yes ☐ No
If yes, please explain: ______________________________
______________________________

Prospective Juror Signature ____________________ Date: ______________________________